UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LORETTA LACY,

                        Plaintiff,

        -against-

NATIONAL RAILROAD PASSENGER
CORPORATION d/b/a "AMTRAK",

                        Defendant.
------------------------------------------------------------------X
NATIONAL RAILROAD PASSENGER
CORPORATION d/b/a "AMTRAK",

                        Third-Party Plaintiff,

        -against-

CAROLINE DIANI,

                        Third-Party Defendant.
------------------------------------------------------------------X

23-CV-8199 (KPF)

**<u>ORDER RESCHEDULING SETTLEMENT CONFERENCE</u>**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      The settlement conference in this matter is scheduled for **<u>Monday, November 4, 2024, at 10:00 a.m.</u>** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with the Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/hon-valerie-figueredo). Pre-conference submissions must be received by the Court no later than **<u>Friday, October 28, 2024.</u>** Please note that the Standing Order requires Plaintiffs to have made a recent demand and Defendants to have responded to that demand ahead of the submissions.

**SO ORDERED.**

DATED:    New York, New York
          August 27, 2024

                                                          VALERIE FIGUEREDO
                                                          United States Magistrate Judge